IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE M. TARVER, #123 256, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV. ACT. NOS. 2:05cv252-D (LEAD) |
| | )               2:05cv303-D |
| JERRY FERRELL WARDEN, et al., | )                  WO |
| | ) |
| Respondents. | ) |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed July 15, 2005 (Doc. No. 17), and Petitioner's Objection, filed July 25, 2005 (Doc. No. 18), and having independently reviewed the file, it is ORDERED as follows:

1. Petitioner's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. the petition for habeas corpus relief be and the same is hereby DISMISSED with prejudice as time-barred.

DONE this 28th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE