IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE M. TARVER, #123 256, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV. ACT. NOS.  2:05cv252-D (LEAD) |
| | )                 2:05cv303-D |
| JERRY FERRELL WARDEN, et al., | )                         WO |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Respondents and against Petitioner, and that Petitioner take nothing by his said suit.

DONE this 28th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE